115 A.3d 261

IN THE MATTER OF GREGORY N. FILOSA, AN ATTORNEY AT LAW (ATTORNEY NO. 039102005).

June 11, 2015.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **GREGORY N. FILOSA** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 2006, and who was suspended from the practice of law for a period of one year effective February 12, 2013, by Order of this Court filed November 6, 2014, be restored to the practice of law, effective immediately.